In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-19-00426-CV**

**ERICA LEQUET, Appellant**

**V.**

**COREY BLOCK, Appellee**

_____

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 134534**

_____

**MEMORANDUM OPINION**

On October 23, 2019, the Justice of the Peace signed a judgment of eviction, granting Appellee Corey Block immediate possession of the premises and $1,050 in unpaid rent or other damages from Pro Se Appellant Erica Lequet. Lequet filed a notice of appeal in the Justice Court. On November 13, 2019, the County Court at Law No. 1 signed an Order on Writ of Possession and the county clerk issued a writ of possession as directed by the order. On November 18, 2019, Lequet filed a notice of appeal of the writ of possession.

1

The only issue in a forcible-detainer action is who has the right to actual possession of the property. *Marshall v. Hous. Auth. of City of San Antonio*, 198 S.W.3d 782, 785 (Tex. 2006). A forcible-detainer appeal thus becomes moot upon an appellant's eviction from the property unless the appellant holds and asserts a meritorious claim of the right to current, actual possession of the property or unless damages or attorney's fees remain at issue. *Ratliff v. Homes by Ashley, Inc.*, No. 02-20-00014-CV, 2020 Tex. App. LEXIS 1919, at *1-2 (Tex. App.—Fort Worth Mar. 5, 2020, no pet.) (mem. op.); *see also Leal v. SF Revocable Living Trust*, No. 09-15-00254-CV, 2017 Tex. App. LEXIS 5755, at **5-8 (Tex. App.—Beaumont June 22, 2017, no pet.) (mem. op.). According to the appellate record, the appeal from the County Court at Law No. 1 to this Court was on the issue of possession alone, Lequet is no longer in possession of the premises, and the lease expired during the appeal.

On January 8, 2021, we notified the parties that it appears the appeal is moot, and we would dismiss the appeal unless a response showing that the appeal was not moot was filed before January 19, 2021. We received no response. Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Submitted on October 20, 2020
Opinion Delivered February 11, 2021

Before Golemon, C.J., Kreger and Johnson, JJ.